UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

T & T INVESTMENT PROPERTIES, LLC,　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 09-77048-MBM
　　　Debtor.　　　　　　　　　　　　　　　　　　Hon. Marci B. McIvor
_____/

## NOTICE OF PROPOSED ASSIGNMENT OF JUDGMENT TO CREDITOR

　　　PLEASE TAKE NOTICE that the Trustee has agreed to assign the bankruptcy estate's interest in an April 1, 2010 Default Judgment in favor of the Trustee and against Kokomo Beverages, LLC, Stanley "Bud" Phillips, and Dr. John A. Coccaro in the original amount of $298,040.00 in adversary proceeding number 10-4660 at docket #6 ("the Judgment") to Leo R. Tosto in exchange for $100.00.

　　　The Trustee has received payments on the Judgment totaling $84,901.74 attributable to collection efforts.

　　　The Judgment constitutes property of the estate which the Trustee may sell pursuant to 11 U.S.C. §§ 541 and 363(b). The terms of the proposed sale are such that it will be made without any representations or warranties of any kind.

　　　The Trustee shall be responsible for payment of special counsel's contingency fee for all payments received through the date of the assignment. After the assignment, Leo R. Tosto will be free to hire Trustee's special counsel to collect the balance if he chooses.

　　　The Trustee believes that the sale is in the best interest of the bankruptcy estate and its creditors because the Trustee does not believe that he will be able to collect the remaining balance on the Judgment in a timely manner. Although the Trustee has been receiving payments from special counsel under a garnishment, the payments are not expected to satisfy the balance remaining under the Judgment for over 15 years based on the current rate of collections.

　　　Leo R. Tosto owns or controls all of the remaining allowed claims filed against the bankruptcy estate. The claims held or controlled by Leo R. Tosto are substantially in excess of the present value of the remaining balance due under the Judgment. Accordingly, rather than abandoning the Judgment due to the inability to collect the balance in a timely manner, the Trustee intends to assign the Judgment to Leo R. Tosto under the terms set forth in this notice.

　　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in this notice or if you want the court to consider your views on this notice, within 14 days of the date that this notice is served, you or your attorney must:

1. File with the court a written objection or request for hearing, explaining your position, at:[1]

   U.S. Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, MI 48226

   If you mail your objection or request for hearing to the court for filing, you must mail it early enough so that the court will **receive** it on or before the 14 day period expires. All attorneys are required to file pleadings electronically.

2. You must also mail a copy to:

   Sandra L. O'Connor, Esq.
   Gold, Lange & Majoros, P.C.
   24901 Northwestern Highway, Suite 444
   Southfield, Michigan 48075

   If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the notice and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the notice and may enter an order granting that relief.

Respectfully submitted,

GOLD, LANGE & MAJOROS, P.C.

Dated: April 15, 2015

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorneys for Trustee
24901 Northwestern Highway, Suite 444
Southfield, Michigan 48075
(248) 350-8220
soconnor@glmpc.com

H:\GLM OTHER TRUSTEE\T & T Investment (Kohut)\Kokomo Beverages\Sale of Judgment\Notice of Proposed Sale.pks.wpd

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

T & T INVESTMENT PROPERTIES, LLC,         Chapter 7
                                          Case No. 09-77048-MBM
         Debtor.                          Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015, I electronically filed 1) Notice of Proposed Assignment of Judgment to Creditor and 2) Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| Office of the U.S. Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 | Gene R. Kohut, Esq.<br>Gene R. Kohut, P.C.<br>21 Kercheval Avenue, #285<br>Grosse Pointe Farms, MI 48236-3698 |
| Charles D. Bullock, Esq.<br>Stevenson & Bullock, P.L.C.<br>26100 American Drive, Suite 500<br>Southfield, MI 48034 | Sonya N. Goll, Esq.<br>Stevenson & Bullock, PLC<br>26100 America Dr., Ste. 500<br>Southfield, MI 48034 |

and I also certify that I mailed by First Class Mail with the United States Postal Service the Notice of Proposed Assignment of Judgment to Creditor to the following non-ECF participants:

All parties listed on the matrix of creditors.

GOLD, LANGE & MAJOROS, P.C.

Dated: April 15, 2015          /s/ Sandra L. O'Connor
                               SANDRA L. O'CONNOR
                               Attorneys for Trustee
                               24901 Northwestern Highway, Suite 444
                               Southfield, Michigan 48075
                               (248) 350-8220
                               soconnor@glmpc.com
                               (P70984)

H:\GLM OTHER TRUSTEE\T & T Investment (Kohut)\Kokomo Beverages\Sale of Judgment\Notice of Proposed Sale.pks.wpd